CITY OF NEW ORLEANS *v.* THE MECHANICS' SOCIETY.

An association " to relieve the wants, comfort the suffering, and promote the happiness of their fel-
low-creatures," is a charitable society, and exempt from taxation.

APPEAL from the Fifth District Court of New Orleans, *Augustin*, J.
*Labatt & Eustis*, for plaintiffs.  *Mott & Frazer*, for defendants and ap-
pellants.

OGDEN, J.   The defendants are appellants from a judgment rendered against
them for the amount of a tax on real estate used by them for the purposes of
their association, which the city claims the right to collect.

The defence is, that the property of the defendants is exempt by law from
taxation.   The case turns on the question recently decided in the case of
*Catholic Society for Religious and Literary Education* v. *The City of New
Orleans*, in which we held that the City could not legally collect taxes assessed
on property exempted from taxation under the Act of the Legislature of 3d May,
1847, entitled " An Act to provide a revenue for the support of the government of
this State."  The *Mechanics' Society* is a charitable institution.   In 1850, the State
made a donation to the society of a piece of ground, for the purpose of con-
structing thereon buildings for a library, lecture-room, and cabinet of natural
history and mechanical inventions, and for a course of lectures on the physical
sciences.   The property is exempt from taxation under the 3d and 4th Sections
of Article 2d of the Act of the Legislature referred to, which exempts from tax-
ation lots and buildings used for purposes of education and for charitable insti-
tutions for the relief of indigent and afflicted persons.   The objects of the as-
sociation are expressed in the preamble of their Constitution to be " to relieve
the wants, comfort the sufferings, and promote the happiness of their fellow-
creatures."

The defendants come clearly within the operation of both sections of this
article, and their property has been illegally assessed for taxes by the city.

It is therefore ordered and decreed, that the judgment of the court below be
avoided and reversed, and that there be judgment in favor of the defendants,
with costs in both courts.